JOSEPH CAMPBELL et al., as Executors of WILLIAM CAMPBELL, Deceased, Appellants, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

Reported below, 14 App. Div. 611.
(Argued April 18, 1898; decided April 26, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1897, affirming a judgment in favor of defendant, entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the Appellate Division unanimously decided that the verdict was supported by the evidence.

*Wm. B. Hornblower* for motion.

*B. C. Chetwood* opposed.

Motion denied, with ten dollars costs.